

ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**CHRISTOPHER M. CASA**
(516) 357-3274
Christopher.Casa@Rivkin.com

January 11, 2018

**VIA ECF**

Honorable Leda D. Wettre, U.S.M.J.
United States District Court for the District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    Government Employees Insurance Co., et al. v. Tri-County Neurology and
            Rehabilitation, LLC, et al.
            Civil Action No.: 2:14-cv-08071 (MCA/LDW)
            R. R. File No.: 5100-576

Dear Judge Wettre:

    As the Court is aware, this firm represents Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co (hereinafter "GEICO" or "Plaintiffs") in the above-captioned matter.

    On May 9, 2017, this Court issued an order staying this case pending the outcome of an appeal to the Third Circuit on the issue of whether this Court's August 2, 2016 order reinstating GEICO's declaratory judgment claim should be affirmed or reversed. The May 9, 2017 order also administratively terminated the case subject to reopening upon the parties advising the Court that the appeal has concluded.

    On January 10, 2018, the Third Circuit entered a judgment and issued a decision reversing this Court's August 2, 2016 order. The Third Circuit remanded the matter back to this Court with instructions to dismiss GEICO's declaratory judgment claim.

    The Third Circuit's decision does not affect GEICO's remaining claims, including its claims under the civil RICO statute, the New Jersey Insurance Fraud Prevention Act, for common law fraud, and for unjust enrichment. Therefore, even though GEICO intends to petition the Third Circuit for rehearing of its decision, GEICO respectfully submits that this case should now procced.

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000  F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777



Honorable Leda D. Wettre, U.S.M.J.
January 11, 2018
Page 2

      Accordingly, Plaintiffs respectfully request that this Court issue an order reopening this matter, lifting the stay of the proceedings, and permitting Plaintiffs to resume the prosecution of their claims in this action, other than their declaratory judgment claim.

      Respectfully submitted,

      RIVKIN RADLER LLP

      /s/ Christopher M. Casa

      Christopher M. Casa, Esq.

cc:    All counsel (via ECF)