

BUTTACI LEARDI & WERNER LLC
103 Carnegie Center, Suite 323
Princeton, NJ 08540
609-799-5150
609-799-5180 FAX
www.buttacilaw.com

PAUL D. WERNER, ESQ.
MEMBER, NJ, NY & PA BARS
DIRECT EXTENSION: 113
E-MAIL: pdwerner@buttacilaw.com

January 11, 2018

**VIA ELECTRONIC CASE FILING**
Hon. Leda D. Wettre, U.S.M.J.
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF NEW JERSEY
MLK Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Gov't Employees Ins. Co, et al. v. Tri-County Neurology & Rehab., LLC, et al.*
              Case No. 2:14-cv-8071 (MCA)(LDW)

Dear Judge Wettre:

    Our firm is counsel for Defendants in the above-referenced matter. We are in receipt of correspondence from Christopher M. Casa, counsel for Plaintiffs, dated January 11, 2018 (Dkt. 139). Please accept this correspondence in response thereto.

    As Mr. Casa pointed out, on January 10, 2018, the Third Circuit entered a judgment and issued an order remanding this back to this court for dismissal of Plaintiffs' declaratory judgment claims. We write to object to Plaintiffs' request to lift the stay in this matter based upon Plaintiffs' statement that they intend to petition the Third Circuit for rehearing on this matter.

    As Your Honor is aware, the stay of this matter was predicated upon the understanding that the Third Circuit's decision on appeal would significant impact the course and scope of this case. While we are confident that Plaintiffs' petition for rehearing will fail to meet any, let alone all of the criteria for acceptance and will be summarily denied, it would be inefficient to lift the stay until such time as the issue has been fully and finally adjudicated. As such, it is respectfully requested that the current stay remain in place until such time as (1) Plaintiffs' time period to move for rehearing expires, (2) the Third Circuit denies Plaintiffs' petition, or (3) the Third Circuit accepts and subsequently issues a decision on Plaintiffs' petition for rehearing.

    Thank you in advance for your consideration.



Hon. Leda D. Wettre, U.S.M.J.
January 11, 2018
Page **2** of **2**

Respectfully yours,

BUTTACI LEARDI & WERNER LLC

/s/ Paul D. Werner

Paul D. Werner
A Member of the Firm

PDW/ear
cc: All Counsel of Record *(via ECF only)*