UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRI-COUNTY NEUROLOGY AND REHABILITATION, LLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 14-8071 (MCA) (LDW) <br><br> **ORDER** |

**THIS MATTER** having come before the Court by way of the parties' letters of January 11, 2018 (ECF Nos. 139, 140) notifying the Court of the Court of Appeals for the Third Circuit's decision on plaintiff's interlocutory appeal, and a telephone conference having taken place before the undersigned on February 1, 2018, and the Third Circuit having issued its mandate, and for good cause shown;

**IT IS** on this day, February 15, 2018, **ORDERED**, that a settlement conference shall take place before the undersigned on **March 26, 2018, at 9:30 a.m.** in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse. Clients with full and immediate settlement authority must attend in person. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

*/s/ Leda D. Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge